IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JENKINS, | No C-10-1755 TEH (PR) |
|     Plaintiff, | |
|     v. | ORDER OF DISMISSAL; INSTRUCTIONS TO THE CLERK |
| ELOY MEDINA, et. al., | |
|     Defendant(s). | |

Plaintiff, a prisoner presently incarcerated at Pleasant Valley State Prison, has filed three separate pro se actions this year alleging violations of his constitutional rights under 42 U.S.C. § 1983 by officials at Salinas Valley State Prison while he was incarcerated at that facility.

On March 4, 2010, the Court dismissed the first action because Plaintiff's filing was deficient as he failed to pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained

1 from the appropriate prison official.  See Jenkins v. Medina, No. C-
2 10-249-TEH (PR) (N. D. Cal. filed Jan. 9. 2010), Doc. #4.  It
3 appears that Plaintiff attempted to correct his filing deficiency in
4 the dismissed action by filing a signed and completed application to
5 proceed in forma pauperis, which the Clerk filed as a new action.
6 See Jenkins v. Medina, No. C-10-1687-TEH (PR) (N. D. Cal. filed
7 April 20, 2010), Doc. #1.

8     On April 23, 2010, Plaintiff filed a civil rights
9 complaint, which the Clerk filed as a new action.  See Jenkins v.
10 Medina, No. C-10-1755-TEH (PR) (N. D. Cal. filed April 23, 2010),
11 Doc. #1.  Plaintiff also filed an in forma application with his
12 complaint, but the application was incomplete because it did not
13 contain his trust account information.  See Doc. ## 2 & 3.

14     Good cause appearing, the Clerk is directed to file the
15 complaint in case number C-10-1755 TEH (PR) (Doc. #1) under case
16 number C-10-1687 TEH (PR).  Doing so will render Plaintiff's civil
17 rights action ready for screening under 28 U.S.C. § 1915A; an
18 initial order in the matter is forthcoming.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

**2**

Further good cause appearing, the Clerk is directed to **DISMISS** the action filed as case number C-10-1755 TEH (PR) because it is duplicative of case number C-10-1687-TEH (PR).  28 U.S.C. § 1915A.  The Clerk further is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   05/03/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\Jenkins-10-1755-dismiss as duplicative-10-1687.wpd

3